UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| OLGA LILIA TOSCANO, | ) | SA CV 12-00078 AHS |
| | ) | SA CR 04-00281 AHS |
| Defendant/Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | REOPEN TIME TO APPEAL [ECF |
| UNITED STATES OF AMERICA, | ) | NO. 491] |
| | ) | |
| Plaintiff/Respondent. | ) | |
| _____ | ) | |

**I.**

**PROCEDURAL BACKGROUND**

On January 17, 2012, Olga Lilia Toscano ("Petitioner") filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 ("2255 Motion").  The Court entered an Order Denying Petitioner's 2255 Motion on September 10, 2012.  (ECF No. 490.)[1]  On December 3, 2012, Petitioner filed a notice of appeal of the September 10, 2012 Order and requested a certificate of appealability.  (ECF No. 491.)  The Court denied Petitioner's

_____

[1] References to ECF documents are to the docket of Petitioner's criminal case, Case No. SA CR 04-00281 AHS.

1  request for a certificate of appealability on January 11, 2013.

2  (ECF No. 495.)  On January 25, 2013, the United States Court of

3  Appeals for the Ninth Circuit issued an order remanding

4  Petitioner's case with instructions to construe the notice of

5  appeal as a motion to reopen time to appeal pursuant to Federal

6  Rule of Appellate Procedure 4(a)(6) ("Rule 4(a)(6)"), in

7  accordance with the holding of <u>United States v. Withers</u>, 638 F.3d

8  1055, 1061 (9th Cir. 2011).  Petitioner's case was remanded to

9  this Court for the limited purpose of determining whether

10 Petitioner's Motion to Reopen Time to Appeal[2] was timely, and, if

11 so, whether it should be granted.[3]

12      The Court finds Petitioner's Motion was timely and

13 grants her request to reopen time to appeal.

## II.

### FACTUAL HISTORY

16      Petitioner is currently incarcerated at the Federal

17 Correctional Institution in Dublin, California ("FCI Dublin").

18 (<u>See</u> Pet'r's Mot., ECF No. 491.)  According to Petitioner, she

19 had been temporarily relocated to a different facility to provide

20 testimony for the State of California in a state proceeding and

21

22 _____

23      [2] In accordance with the Ninth Circuit's direction on
   remand, the document filed by Petitioner entitled "Notice of
24 Appeal and Request for Certificate of Appealability" will be
   referred to herein as "Petitioner's Motion to Reopen Time to
25 Appeal" or "Petitioner's Motion."

26      [3] The remand order also requested that the Court rule on
   Petitioner's certificate of appealability.  An order denying
27 Petitioner's request for a certificate of appealability was
   entered on January 11, 2013.  (ECF No. 495.)  A copy of the
28 January 11, 2013 Order is attached for ease of reference.

was "just recently" returned to FCI Dublin.  Petitioner claims
that during her time away from FCI Dublin her mail was not being
forwarded (or there was a delay in forwarding it) and she did not
have access to her legal documents or personal belongings.  As of
the date of Petitioner's Motion, November 29, 2012, she "had just
been returned" to FCI Dublin and up to that point she was not
aware of the September 10, 2012 Order denying her 2255 Motion.

### III.

### DISCUSSION

A party may move the district court to reopen time to
appeal within 180 days after the entry of the judgment or order
sought to be appealed or within 14 days after the moving party
receives notice of the entry, whichever is earlier.  Fed. R. App.
P. 4(a)(6)(B).  Given Petitioner's representation that she did
not receive notice of the September 10, 2012 Order until
approximately November 29, 2012, her Motion, filed 4 days later
on December 3, 2012, was timely filed within the 14-day period
required by Rule 4(a)(6).

A motion to reopen time to appeal may be granted if the
moving party did not receive notice of the order within 21 days
after entry and no party would be prejudiced by reopening time.
Fed. R. App. P. 4(a)(6).  On the strength of Petitioner's
unchallenged assertion that she did not receive notice of the
September 10, 2012 Order until she was returned to FCI Dublin on
or about November 29, 2012, the Court finds that Petitioner did
not receive notice of the Order within 21 days after it was
entered.

The Court also finds that no party will be prejudiced

1  by reopening Petitioner's time to appeal.  "Prejudice," for the

2  purpose of a motion to reopen time under Rule 4(a)(6), requires

3  some special adverse consequence to the opposing party beyond the

4  cost and risk inherently involved in opposing an appeal.  <u>See</u>

5  Fed. R. App. P. 4(a)(6) advisory committee's note.  Reopening

6  Petitioner's time to appeal will not result in any special

7  adverse consequence to the Government other than the cost and

8  risk involved in defending the appeal.  The Court finds that the

9  Government will not be prejudiced by reopening Petitioner's time

10  to appeal within the meaning of Rule 4(a)(6).

11                                **IV.**

12                             <u>**CONCLUSION**</u>

13          For the foregoing reasons, the Court finds that

14  Petitioner has met the conditions under Rule 4(a)(6) and grants

15  Petitioner's Motion to Reopen Time to Appeal.  Pursuant to the

16  January 25, 2013 remand order, Petitioner does not need to file a

17  new notice of appeal.  The briefing schedule will be set by the

18  Court of Appeals.

19          IT IS SO ORDERED.  It is further ordered that the Clerk

20  shall serve a copy of this Order on counsel for all parties and

21  on Petitioner at her last known address and provide a copy to the

22  Clerk for the Court of Appeals in Case No. 12-57323.

23          DATED: February 13, 2013.

24

25                              ALICEMARIE H. STOTLER

26                          ─────────────────────────────
                               ALICEMARIE H. STOTLER
27                            UNITED STATES DISTRICT JUDGE

28

S:\AHS\1BSC\Habeas Corpus\Toscano v. U.S., CV 12-00078, Mot Reopen Time App GRANT.wpd

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| OLGA LILIA TOSCANO, | ) | SA CV 12-00078 AHS |
|---|---|---|
| | ) | SA CR 04-00281 AHS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING CERTIFICATE OF |
| | ) | APPEALABILITY |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondant. | ) | |

On December 3, 2012, petitioner filed a Notice of Appeal and Request for Certificate of Appealability. Upon review of petitioner's case, the Court finds that the request must be denied. The Court therefore denies the request for issuance of certificate of appealability. See 28 U.S.C. § 2253(c)(2).

The Clerk shall serve a copy of the Order on counsel for all parties and petitioner at her last know place of incarceration.

IT IS SO ORDERED

DATED:  January 11, 2013

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE